160 A.3d 123

**ERIE INSURANCE EXCHANGE**

v.

**Michael BRISTOL and RCC, Inc.**

**Petition of: Michael Bristol**

**No. 439 MAL 2016**

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

In uninsured motorist claims subject to mandatory arbitration, is the statute of limitations tolled only by the commencement of an official judicial action, or may extrajudicial actions also toll the statute of limitations?